IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DA'SHAWN CUNNINGHAM, | No. CIV S-07-2059-LEW-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| ADER, et al., | |
| Defendants. | |
| _____/ | |

   Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's complaint (Doc. 1).  The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity.  See 28 U.S.C. § 1915A(a).

   Plaintiff names the following as defendants:  Ader, Fleming, Hooven, and unknown correctional officers.  Plaintiff claims:

> CCI (Unknown) Ader failed to act reasonably when informed of an imminent threat of serious injury to my person and a previous altercation via institutional mail 12-2-05. When at the door of 216-C6 High Desert State Prison inmate Hokes refused me as a roommate threatening a "problem" 11-29-05 3rd watch.  The escorting officer from R&R to C6 and 3rd C6 floor officers (names unknown) heard this.  I offered to go to the hole or another cell to no avail.  Inmate Hokes was taken out of the cell

and I was put in. My mobility was clearly impaired, and I had no shoes. After snow therapy, further aggravating the situation, inmate Hokes was out back in the cell 11-30-05. I informed all four C6 floor officers (3 names unknown) including James Hooven that I need my knee braces (supports) and my shoes to have a chance to defend myself because violence was [undecipherable] if I was not moved. On 12-1-05 again I told all four floor officers on 2nd and 3rd watch (3 names unknown) including Brett Fleming my concerns stressing the violence to come. That night inmate Hokes decided that I wasn't trying "hard enough" to move and we had out first physical altercation and due to my mobility problems and lack of shoes I was at a great disadvantage. I put the request for interview in the mail to (unknown) Ader that night. On 12-2-05 I doubled my efforts voicing my concerns and letting the 2nd and 3rd watch floor officers for C6, including Brett Fleming (3 names unknown) know that there was a physical altercation and another is imminent. On 12-3-05 through 12-5-05 all C6 2nd and 3rd watch floor officers, including Brett Fleming and James Hooven (other names unknown) were informed of the problem and the altercation. I was not moved and on 12-6-05 I was forced to defend myself against inmate Hokes and sustained significant injuries, some of which are permanent. Inmate Hokes is a violent, mentally disturbed known trouble maker and no one did anything despite the knowledge that an actual altercation transpired and knowledge of serious risk of serious injury. This is deliberate indifference.

Plaintiff seeks monetary damages and injunctive relief.

The complaint appears to state a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action. The court, therefore, finds that service is appropriate and will direct service by the U.S. Marshal without pre-payment of costs. Plaintiff is informed, however, that this action cannot proceed further until plaintiff complies with this order. Plaintiff is warned that failure to comply with this order may result in dismissal of the action. See Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendant(s):

> ADER,
>
> HOOVEN, and
>
> FLEMING;

///

2. The Clerk of the Court shall send plaintiff one USM-285 form for each defendant identified above, one summons, an instruction sheet, and a copy of the complaint (Doc. 1); and

3. Within 30 days of the date of service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. Three completed USM-285 form(s); and

    d. Four copies of the endorsed complaint.

DATED: January 7, 2008

*/s/ Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

DA'SHAWN CUNNINGHAM,           No. CIV S-07-2059-LEW-CMK-P

    Plaintiff,

    vs.

ADER, et al.,

    Defendants.

_____/

<u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

    Plaintiff hereby submits the following documents in compliance with the court's order:

    <u> 1 </u>    completed summons form;

    <u>   </u>    completed USM-285 form(s); and

    <u>   </u>    copies of the complaint.

DATED: _____                        _____
                                                                  Plaintiff