IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DA'SHAWN CUNNINGHAM, | No. CIV S-07-2059-JAM-CMK-P |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| ADER, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is the motion of defendants Hooven and Fleming for an extension of time to file a response to plaintiff's complaint.[1] Good cause appearing therefor, the request is granted. Defendants' response is due within 30 days of the date of this order.

IT IS SO ORDERED.

DATED: June 2, 2008

/s/ Craig M. Kellison
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

---

[1] Service of process directed to defendant Ader was returned unexecuted on April 24, 2008.