1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   DA'SHAWN CUNNINGHAM,                    No. CIV S-07-2059-JAM-CMK-P

12                    Plaintiff,

13        vs.                                <u>ORDER</u>

14   ADER, et al.,

15                    Defendants.

16   _____/

17              Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18   to 42 U.S.C. § 1983.   On March 27, 2008, the court ordered the United States Marshal to serve

19   the complaint on defendants.  Process directed to defendant Ader was returned unexecuted on

20   April 24, 2008, because no such individual is employed with the California Department of

21   Corrections and Rehabilitation.  Plaintiff must provide additional information to serve this

22   defendant.  Plaintiff shall promptly seek such information through discovery once discovery is

23   opened in this case, the California Public Records Act, Cal. Gov't. Code § 6250, et seq., or other

24   means available to plaintiff.  If access to the required information is denied or unreasonably

25   delayed, plaintiff may seek judicial intervention.  Once additional information sufficient to effect

26   service is obtained, plaintiff shall notify the court whereupon plaintiff will be forwarded the

1

forms necessary for service by the U.S. Marshal.  Plaintiff is cautioned that failure to effect service may result in the dismissal of unserved defendants.  See Fed. R. Civ. P. 4(m).

        Accordingly, IT IS HEREBY ORDERED that plaintiff shall promptly seek additional information sufficient to effect service on any unserved defendants and notify the court once such information is ascertained.


DATED:  June 6, 2008


                                                 **CRAIG M. KELLISON**
                                                 UNITED STATES MAGISTRATE JUDGE